IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

WILLIE HIXON,

    Plaintiff,

v.                                                                CASE NO. 1:11-cv-00151-MP-GRJ

UNION CORRECTIONAL INSTITUTION,

    Defendant.

_____/

## O R D E R

This matter is before the Court on Doc. 3, Report and Recommendation of the Magistrate Judge, which recommends that pursuant to 28 U.S.C. § 1406(a) this case be transferred to the United States District Court for the Middle District of Florida, Jacksonville Division.  Plaintiff has not objected to the recommendation, and the time for doing so has passed.  Finding no plain error, it is accordingly

    **ORDERED AND ADJUDGED:**

1.     The Report and Recommendation of the Magistrate Judge, Doc. 3, is ACCEPTED and incorporated herein.

2.     In the interests of justice, this cause is TRANSFERRED to the United States District Court for the Middle District of Florida, Jacksonville Division.

**DONE AND ORDERED** this  *1st*  day of September, 2011

                                          *s/Maurice M. Paul*
                                Maurice M. Paul, Senior District Judge